FRITH et al. v. PEOPLE'S TRUST CO. et al. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Emerentiana Frith and another against the People's Trust Company, as administrator, etc., and another.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., dissents, on the ground that the whole case should have been submitted to the jury.

GALAUTOWICZ, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by Piotr Galautowicz against the Prudential Insurance Company of America.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., not voting.

GAMBINO, Appellant, v. ROMEO, Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Aspero Gambino, an infant, by Pietro Gambino, his guardian ad litem, against Francesco Romeo. No opinion. Order, in so far as appealed from, affirmed, and plaintiff's exceptions overruled, with costs.

GARDNER, Respondent, v. THE ROYCROFTERS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by Frederick W. Gardner against The Roycrofters and another.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. See, also, 103 N. Y. Supp. 635, 637; 119 App. Div. 923, 105 N. Y. Supp. 1116.

KRUSE, J., not sitting.

In re GARNER. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Appeal from Special Term, New York County. Application by Elizabeth M. Garner for an order to compel an attorney to deliver up papers pending litigation. From an order granting the application on certain conditions and directing reference to determine the amount of the attorney's lien, the petitioner appeals. Modified. L. Zinke, for appellant. E. A. Watson, for respondent.

PER CURIAM. The order appealed from should be modified, by striking out the provision for a reference, and by providing that the papers shall be delivered up to the petitioner upon payment by her of the sum of $1,500, or upon the giving by her of a bond in the sum of $3,000, to be approved by the court, conditioned for the payment of any sum which may be awarded to the attorney in any action or proceeding to establish his claim to compensation. As so modified, the order should be affirmed, without costs.

GARVEY, Appellant, v. OLDBURY ELECTRO-CHEMICAL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) Action by Edward Garvey against the Oldbury Electro-Chemical Company. No opinion. Order affirmed, without costs. Retaxation to be had before Niagara county clerk on May 24, 1909, at 10:30 a. m.

GEISMAN & MUSLINER, Respondents, v. HABER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Geisman & Musliner against Samuel Haber and others. A. L. Kalman, for appellants. T. Prince, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GENESEE RIVER R. CO., Appellant, v. BOYINGTON, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by the Genesee River Railroad Company against Ella M. Boyington, impleaded. No opinion. Order (60 Misc. Rep. 416, 112 N. Y. Supp. 343) affirmed, with costs.

GEOGHAGAN, Respondent, v. PRATT, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Mary Geoghagan against Annie A. Pratt. No opinion. Judgment of the Municipal Court affirmed, with costs.

GIFFORD, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Edmund T. Gifford against the City of New York. A. P. Bachman, for appellant. T. Farley, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GILDER, Respondent, v. LINDHEIM, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Joseph W. Gilder against Moses Lindheim. No opinion. Order affirmed, with $10 costs and disbursements.

GLAZIER, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) Action by Cyrus F. Glazier against William Quinn. No opinion. Motion to dismiss appeal denied, without costs. Case ordered placed at foot of present calendar, to be argued at present term of court.

GLEASON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Nona M. Gleason against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and ROBSON, JJ., dissent, upon the ground that the verdict is excessive;